# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-3037**

**September Term, 2017**

**1:17-cr-00201-ABJ-1**

**Filed On:** July 12, 2018

United States of America,

      Appellee

    v.

Paul John Manafort, Jr.,

      Appellant


**BEFORE:**    Rogers, Tatel, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion for release pending appeal, the response thereto, and the reply, it is

**ORDERED** that the motion be denied. The court declines to exercise its authority under Federal Rule of Appellate Procedure 9(a)(3) because appellant has not shown that immediate relief before resolution of his expedited appeal is warranted.


**Per Curiam**


                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Robert J. Cavello
                Deputy Clerk